Miller-Lerman, J., concurring.
 

 In cases where a compensation court finds that an accident occurred from an "idiopathic" condition, it logically follows that the compensation court should address the increased-danger rule when there is evidence suggesting that features of the workplace increased the severity of the worker's injuries. The evidence in this case shows the area where Maroulakos fell had an industrial shelving unit proximate to his path of descent to the floor, and two Walmart coworkers testified that they witnessed Maroulakos collide with the shelving. A note in a medical report also suggests that Maroulakos' facial injuries are consistent with falling on the end of a shelf. Although the compensation court found that Maroulakos had an idiopathic condition and "[fell] to the ground," it would have been helpful to address whether Maroulakos hit a shelf on the way down and, if so, whether such hit increased his injuries. However, this specific question was not raised before the compensation court. Therefore, I concur.
 

 Schreiner, District Judge, joins in this concurrence.